No. 87–1400. CLAUSELL ET UX. *v.* HOBART CORP. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. Treating

the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.